IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>    Plaintiff,<br><br>v.<br><br>BT ERIE HOTEL LP,<br><br>    Defendant. | Member Case No. 1:24-cv-45-SPB |

### STIPULATION OF DISMISSAL

Plaintiff Christopher Niles and Defendant BT Erie Hotel LP, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff Christopher Niles and Defendant BT Erie Hotel LP; and

2. Each party shall bear his and its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 8, 2025

*/s/ Ian M. Brown*
Ian M. Brown (PA 201680)
R. Bruce Carlson (PA 56657)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
ibrown@carlsonbrownlaw.com
267-625-4404

*Attorneys for Plaintiff*

Respectfully submitted,

*Kara A. Lattanzio*
Kara A. Lattanzio (PA 320507)
**HARDIN THOMPSON PC**
437 Grant St.
Suite 620
Pittsburgh, PA 15219
klattanzio@hardinlawpc.net
412-315-7195

*Attorney for Defendant*

It is so Ordered this 9th day of May, 2025.

_____
Susan Paradise Baxter, U.S.D.J.